

**FILED**

2:42 pm, 8/3/18

**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
| Plaintiff | |
| vs | Case Number   3:18-PO-00543-MLC / 5:18-PO-00557-MLC |
| RAYMOND T. REINKE, | |
| Defendant | |

| | | |
|---|---|---|
| Violation Charged | 1) Under the influence of alcohol to a degree that endangers self/others<br>2) Interference/resisting<br>3) Unreasonable noise<br>4) Storing an open container of alcoholic beverage in a motor vehicle<br>5) Disturbing wildlife | Citation Number |

Citation Numbers:
1) 6395491 (WGT)
2) 6395490 (WGT)
3) 6395489 (WGT)
4) 7344537 (WYNP)
5) 7344538 (WYNP)

Date Violation Notice Issued   7/28/18 & 7/31/18   Place   Grand Teton National Park and Yellowstone Natinoal Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 10:13-10:30 AM                     Interpreter

Date  August 3, 2018                     Interpreter Telephone

Before the Honorable  Mark L. Carman

| Moe Cairns | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Dawson Osborn | | Travis Mangum |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear     Warrant issued on

☑ Appeared    ☐ By telephone
          ☐ Voluntarily   ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
          ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

☑ Court orders case continued to     Aug 8, 2018     at   11:00 AM

WY 59                                                          Revised 06/26/2018

Petty Offenses/Misdemeanors Minute Sheet
3:18-PO-00543-MLC /
5:18-PO-00557-MLC

     reason:   Arraignment/Detention Hearing/Bond Revocation Hearing

☐ Bail is set at

        ☐ Unsecured    ☐ Cash/Surety    ☐ P/R-No Amount

☐ Conditions of release

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

    This consent was made   ☐ orally   ☐ in writing

---

☑ Informed of charges and rights     Date  August 3, 2018
☐ Defendant arraigned              Date
☐ Court accepts plea        Defendant enters ☐ Not Guilty Plea   ☐ Guilty
☐ Trial     Witnesses

☐ Disposition
       ☐ Not Guilty
       ☐ Guilty
       ☐ Dismissed
       ☐ Collateral Forfieted
       ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence      Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
       ☐ With Supervision    ☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine               Payable
☐ Restitution         To
☐ Community Service    To
☐ Special Assessment
☐ Processing fee: $   30.00
☐ Defendant advised of right to appeal
☑ Other  U.S. moved to detain defendant.  Detention hearing, arraignment, and bond revocation hearing set for Wednesday, August 8, 2018, at 11:00 am.  U.S. moved to amend petition to revoke bond to indicate location of defendant harrassing and hearding bison was Hayden Valley (not Lamar Valley). Motion to amend granted.